UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTHA TORRES-MELCHOR, also known as OLGA MELCHOR-TORRES,

Petitioner,

v.

ERIC H. HOLDER, JR., United States Attorney General, et al.,

Respondents.

CASE NO. C09-620-MJP-JPD

ORDER GRANTING TEMPORARY STAY OF REMOVAL

Petitioner, proceeding through counsel, has filed a Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), challenging her detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. 1). Petitioner asserts that the actions by respondents in arresting her and threatening to remove her from the United States to Mexico pursuant to the reinstatement provisions of Section 241(a)(5) of the Immigration and Nationality Act ("INA") are unlawful and in violation of the INA and her constitutional due process rights. (Dkt. 1 at 11). Petitioner argues that the reinstatement provisions are not applicable to her and that she is eligible to apply for permanent resident status under INA § 240A(b). (Dkt. 1 at 6, 8). On page two of the Petition, petitioner requests that the Court enter a

ORDER GRANTING TEMPORARY
STAY OF REMOVAL
PAGE 1

stay of removal, asserting that she is currently in the custody of ICE, and under threat of immediate removal to Mexico. (Dkt. 1 at 2). Accordingly, the Court does hereby ORDER:

(1) Petitioner's removal is temporarily STAYED pending briefing and a resolution of petitioner's request for stay. The Court expresses no views at this time as to the merits of petitioner's habeas petition or request for stay.

(2) Respondents shall file a response to petitioner's request for stay within 20 days of the entry of this Order.

(3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward a copy of this Order to Judge Donohue.

DATED this 7th day of May, 2009.

Marsha J. Pechman
United States District Judge

Recommended for Entry
this 7th of May, 2009.

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING TEMPORARY
STAY OF REMOVAL
PAGE 2